**ORIGINAL**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

ADR
E-FILING

NAMCO BANDAI GAMES, INC., a Japanese
corporation, and NAMCO BANDAI GAMES AMERICA,
INC. a Delaware corporation,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

**C07 05674 JCS**

EAGLE DISTRIBUTING INC., a Nevada
corporation

TO: (Name and address of defendant)
EAGLE DISTRIBUTING INC.
9308 Gulfstream Road
Frankfort, IL  60423

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David S. Elkins
SQUIRE, SANDERS & DEMPSEY L.L.P.
600 Hansen Way
Palo Alto, CA  94304

an answer to the complaint which is herewith served upon you, within thirty (30)  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

Tiffany Salinas-Harwell

DATE 11/08/2007

NDCAO440

AO - 40 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify)*:

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
             Date                                Signature of Server

                                             _____
                                                Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.