1  SQUIRE, SANDERS & DEMPSEY L.L.P.
   David S. Elkins (State Bar # 148077)
2  DElkins@ssd.com
   Xavier M. Brandwajn (State Bar # 246218)
3  XBrandwajn@ssd.com
   600 Hansen Way
4  Palo Alto, CA  94304-1043
   Telephone:   +1.650.856.6500
5  Facsimile:   +1.650.843.8777

6  Attorneys for Plaintiffs
   NAMCO BANDAI GAMES INC. and
7  NAMCO BANDAI GAMES AMERICA, INC.

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

12

| | |
|---|---|
| NAMCO BANDAI GAMES INC., a Japanese corporation, and NAMCO BANDAI GAMES AMERICA, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>    vs.<br><br>EAGLE DISTRIBUTING INC., a Nevada corporation,<br><br>            Defendant. | Case No.  C07-05674 JCS<br><br>**PROOF OF SERVICE** |

SQUIRE, SANDERS &
DEMPSEY L.L.P.
600 Hansen Way
Palo Alto, CA  94304-1043

PROOF OF SERVICE
CASE NO. C07-05674 JCS

# PROOF OF SERVICE

(Pursuant to Federal Law)

The undersigned certifies and declares as follows:

I am a resident of the State of California and over 18 years of age and am not a party to this action. My business address is 600 Hansen Way, Palo Alto, California 94304-1043, which is located in the county where any non-personal service described below took place.

On November 19, 2007, a copy of the following document(s):

**ECF REGISTRATION INFORMATION HANDOUT; and**

**PROOF OF SERVICE.**

was served on:

Eagle Distributing Inc.
Agent of Service on Record:
Nevada Corporate Headquarters, Inc.
101 Convention Center Drive, #700
Las Vegas, NV  89109

Service was accomplished as follows.

☒ **By U.S. Mail.** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice the mail would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Palo Alto, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid of postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **By Facsimile.** On the above date, I transmitted the above-mentioned document(s) by facsimile transmission machine to the parties noted above, whose facsimile transmission machine telephone number is set forth above.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on November 19, 2007, at Palo Alto, California.

/s/ Kate C. Rose
———————————————
Kate C. Rose

PALOALTO/108183.1

**SQUIRE, SANDERS & DEMPSEY L.L.P.**
600 Hansen Way
Palo Alto, CA  94304-1043

PROOF OF SERVICE
CASE NO. C07-05674 JCS