1  SQUIRE, SANDERS & DEMPSEY L.L.P.
   David S. Elkins (State Bar # 148077)
2  DElkins@ssd.com
   Xavier M. Brandwajn (State Bar # 246218)
3  XBrandwajn@ssd.com
   600 Hansen Way
4  Palo Alto, CA  94304-1043
   Telephone:   +1.650.856.6500
5  Facsimile:   +1.650.843.8777

6  Attorneys for Plaintiffs
   NAMCO BANDAI GAMES INC. and
7  NAMCO BANDAI GAMES AMERICA, INC.

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12

| NAMCO BANDAI GAMES INC., a Japanese corporation, and NAMCO BANDAI GAMES AMERICA, INC., a Delaware corporation, | Case No.  C 07-05674 JCS |
|---|---|
| Plaintiff, | **PLAINTIFFS' CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| vs. | **JURY TRIAL DEMANDED** |
| EAGLE DISTRIBUTING INC., a Nevada corporation, | |
| Defendant. | |

SQUIRE, SANDERS &
DEMPSEY L.L.P.
600 Hansen Way
Palo Alto, CA  94304-1043

PLAINTIFFS' CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
CASE NO. C 07-05674 JCS

1  In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned parties in the above-captioned civil matter hereby voluntarily consent to have United States Magistrate Judge Joseph C. Spero conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: December 3, 2007                              SQUIRE, SANDERS & DEMPSEY L.L.P.


                                                     By: /s/ David S. Elkins
                                                        David S. Elkins

                                                        Attorneys for Plaintiffs
                                                        NAMCO BANDAI GAMES INC. and
                                                        NAMCO BANDAI GAMES AMERICA, INC.

**PROOF OF SERVICE**

The undersigned certifies and declares as follows:

I am over 18 years of age and am not a party to this action. My business address is 600 Hansen Way, Palo Alto, CA, which is located in the county where any non-personal service described below took place.

On December 3, 2007, a copy of the following document(s):

**PLAINTIFFS' CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDG**

was served on the following:

| | |
|---|---|
| Jeffrey K. Lee, Esq. | Counsel for Defendant |
| jlee@gclaw.com | EAGLE DISTRIBUTING INC. |
| Kimberly A. Donovan, Esq. | |
| kdonovan@gclaw.com | |
| GCA Law Partners LLP | |
| 1891 Landings Drive | |
| Mountain View, CA 94043 | |

Service was accomplished as follows:

☒ **By U.S. Mail, According to Normal Business Practices and Facsimile.** On the above date, at my place of business at the above address, I sealed the above document(s) in an envelope addressed to the above, and I placed that sealed envelope for collection and mailing following ordinary business practices, for deposit with the U.S. Postal Service. I am readily familiar with the business practice at my place of business for the collection and processing of correspondence for mailing with the U.S. Postal Service. Correspondence so collected and processed is deposited with the U.S. Postal Service the same day in the ordinary course of business, postage fully prepaid.

☒ **By Electronic Mail:** On the above date, I electronically mailed the above document(s) addressed to the above

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 3, 2007.

By: /s/ Karen S. Beck
Karen S. Beck