1  SQUIRE, SANDERS & DEMPSEY L.L.P.
   David S. Elkins (State Bar # 148077)
2  DElkins@ssd.com
   Xavier M. Brandwajn (State Bar # 246218)
3  XBrandwajn@ssd.com
   600 Hansen Way
4  Palo Alto, CA  94304-1043
   Telephone:  +1.650.856.6500
5  Facsimile:    +1.650.843.8777

6  Attorneys for Plaintiffs
   NAMCO BANDAI GAMES INC. and
7  NAMCO BANDAI GAMES AMERICA, INC.

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                 SAN JOSE DIVISION

12

| | |
|---|---|
| 13 NAMCO BANDAI GAMES INC., a Japanese corporation, and NAMCO BANDAI GAMES AMERICA, INC., a 14 Delaware corporation, | Case No.  C07-05674 JCS **PROOF OF SERVICE** |
| 15          Plaintiff, | |
| 16      vs. | |
| 17 EAGLE DISTRIBUTING INC., a Nevada corporation, | |
| 18          Defendant. | |
| 19 | |

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE
CASE NO. C07-05674 JCS

1

2

**PROOF OF SERVICE**

(Pursuant to Federal Law)

3      The undersigned certifies and declares as follows:

4      I am a resident of the State of California and over 18 years of age and am not a party to

5   this action. My business address is 600 Hansen Way, Palo Alto, California 94304-1043, which is

6   located in the county where any non-personal service described below took place.

7      On December 5, 2007, a copy of the following document(s):

8      **RETURN OF SERVICE; and**

9      **PROOF OF SERVICE.**

10   was served on:

11   Eagle Distributing Inc.
     Agent of Service on Record:
12   Nevada Corporate Headquarters, Inc.
     101 Convention Center Drive, #700
13   Las Vegas, NV  89109

14      Service was accomplished as follows.

15

16      ☒      **By U.S. Mail.**  I am "readily familiar" with the firm's practice of collection
     and processing correspondence for mailing. Under that practice the mail would be deposited
17   with U.S. postal service on that same day with postage thereon fully prepaid at Palo Alto,
     California, in the ordinary course of business. I am aware that on motion of the party served,
18   service is presumed invalid of postal cancellation date or postage meter date is more than one
     day after date of deposit for mailing in affidavit.

19

20      ☐      **By Facsimile.**  On the above date, I transmitted the above-mentioned
     document(s) by facsimile transmission machine to the parties noted above, whose facsimile
21   transmission machine telephone number is set forth above.

22

23      I declare that I am employed in the office of a member of the bar of this court at whose

24   direction the service was made. Executed on December 5, 2007, at Palo Alto, California.

25

26                                          /s/ Kate C. Rose
                                     _____
27                                          Kate C. Rose

28   PALOALTO/108183.2

**SQUIRE, SANDERS &**      PROOF OF SERVICE
**DEMPSEY L.L.P.**         CASE NO. C07-05674 JCS
600 Hansen Way
Palo Alto, CA  94304-1043