DAVID S. ELKINS, State Bar No.: 148077
XAVIER M. BRANDWAJN, State Bar No.: 246218
SQUIRE, SANDERS & DEMPSEY LLP
600 Hansen Way
Palo Alto, CA 94304-1043
Phone No.: (650) 856-6500
Fax No.: (650) 843-8777
Email: DElkins@ssd.com
Email: XBrandwajn@ssd.com

Attorneys for Plaintiffs
NAMCO BANDAI GAMES INC. and
NAMCO DANDAI GAMES AMEDICA, INC.


JEFFREY K. LEE, State Bar No. 212465
KIMBERLY A. DONOVAN, State Bar No. 160729
GCA LAW PARTNERS LLP
1891 Landings Drive
Mountain View, CA  94043
(650) 428-3900
Phone No.: (650) 428-3900
Fax No.: (650) 428-3901
Email: jlee@gcalaw.com
Email: kdonovan@gcalaw.com

Attorneys for Defendant
EAGLE DISTRIBUTING INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NAMCO BANDAI GAMES INC., a Japanese corporation, and NAMCO BANDAI GAMES AMERICA, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>EAGLE DISTRIBUTING INC., a Nevada corporation<br><br>Defendant | No. C07 05674 JCS<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANT EAGLE DISTRIBUTING, INC.  TO ANSWER RESPOND OR OTHERWISE PLEAD TO THE COMPLAINT** |

Stipulation                                                  -1-

1  Pursuant to Civil Local Rule 6.1, plaintiffs Namco Bandai Games, Inc., and Namco Bandai Games America, Inc. and defendant Eagle Distributing, Inc. ("Eagle") hereby stipulate that Eagle shall have an extension of time, to and including January 18, 2008, in which to answer, respond or otherwise plead to the Complaint.

This extension of time will not alter any event or deadline already fixed by Court order.

Dated: December 6, 2007                SQUIRE, SANDERS & DEMPSEY LLP

                                       By:  /s/ Xavier M. Brandwajn
                                           David S. Elkins
                                           Xavier M. Brandwajn

                                       Attorneys for Plaintiffs
                                       NAMCO BANDAI GAMES, INC.
                                       and NAMCO BANDAI GAMES
                                       AMERICA, INC.

Dated: December 6, 2007                GCA LAW PARTNERS LLP

                                       By:  /s/ Kimberly A. Donovan
                                           Jeffrey K. Lee
                                           Kimberly A. Donovan

                                       Attorneys for Defendant
                                       EAGLE DISTRIBUTING, INC.

Stipulation                            -2-