```
1  DAVID S. ELKINS, State Bar No.: 148077
   XAVIER M. BRANDWAJN, State Bar No.: 246218
2  SQUIRE, SANDERS & DEMPSEY LLP
   600 Hansen Way
3  Palo Alto, CA 94304-1043
   Phone No.: (650) 856-6500
4  Fax No.: (650) 843-8777
   Email: DElkins@ssd.com
5  Email: XBrandwajn@ssd.com

6  Attorneys for Plaintiffs
   NAMCO BANDAI GAMES INC. and
7  NAMCO DANDAI GAMES AMEDICA, INC.

8
   JEFFREY K. LEE, State Bar No. 212465
9  KIMBERLY A. DONOVAN, State Bar No. 160729
   GCA LAW PARTNERS LLP
10 1891 Landings Drive
   Mountain View, CA  94043
11 (650) 428-3900
   Phone No.: (650) 428-3900
12 Fax No.: (650) 428-3901
   Email: jlee@gcalaw.com
13 Email: kdonovan@gcalaw.com

14 Attorneys for Defendant
   EAGLE DISTRIBUTING INC.
15
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NAMCO BANDAI GAMES INC., a Japanese corporation, and NAMCO BANDAI GAMES AMERICA, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>EAGLE DISTRIBUTING INC., a Nevada corporation<br><br>_____ Defendant | No. C07 05674 JCS<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANT EAGLE DISTRIBUTING, INC. TO ANSWER RESPOND OR OTHERWISE PLEAD TO THE COMPLAINT** |

Stipulation                                -1-

1  Pursuant to Civil Local Rule 6.1, plaintiffs Namco Bandai Games, Inc., and Namco
2  Bandai Games America, Inc. and defendant Eagle Distributing, Inc. ("Eagle") hereby
3  stipulate that Eagle shall have an extension of time, to and including January 18, 2008, in
4  which to answer, respond or otherwise plead to the Complaint.
5  This extension of time will not alter any event or deadline already fixed by Court
6  order.

Dated:  December 6, 2007                    SQUIRE, SANDERS & DEMPSEY LLP

                                            By:  /s/ Xavier M. Brandwajn
                                                 David S. Elkins
                                                 Xavier M. Brandwajn

                                            Attorneys for Plaintiffs
                                            NAMCO BANDAI GAMES, INC.
                                            and NAMCO BANDAI GAMES
                                            AMERICA, INC.

Dated:  December 6, 2007                    GCA LAW PARTNERS LLP

                                            By:  /s/ Kimberly A. Donovan
                                                 Jeffrey K. Lee
                                                 Kimberly A. Donovan

                                            Attorneys for Defendant
                                            EAGLE DISTRIBUTING, INC.

Dated:  December 7, 2007    

Stipulation                          -2-