JEFFREY K. LEE, State Bar No. 212465
KIMBERLY A. DONOVAN, State Bar No. 160729
GCA LAW PARTNERS LLP
1891 Landings Drive
Mountain View, CA  94043
(650) 428-3900
Phone No.: (650) 428-3900
Fax No.: (650) 428-3901
Email: jlee@gcalaw.com
Email: kdonovan@gcalaw.com

Attorneys for Defendant
EAGLE DISTRIBUTING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NAMCO BANDAI GAMES INC., a Japanese corporation, and NAMCO BANDAI GAMES AMERICA, INC., a Delaware corporation<br><br>        Plaintiffs,<br><br>        v.<br><br>EAGLE DISTRIBUTING INC., a Nevada corporation<br><br>        Defendant | No. C07 05674 JCS<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

        Defendant Eagle Distributing, Inc. hereby declines to consent to the assignment of

this case to a United States Magistrate Judge for trial and disposition and hereby requests

reassignment of this case to a United States District Judge.

                                                        Respectfully submitted,

Dated:  December 27, 2007                GCA LAW PARTNERS LLP


                                                        By:   /s/ Jeffrey K. Lee_____.
                                                                Jeffrey K. Lee
                                                                Kimberly A. Donovan

                                                        Attorneys for Defendant
                                                        EAGLE DISTRIBUTING, INC.

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA  94043
(650)428-3900

Case No. C07 05674 JCS
DECLINATION AND REQUEST
FOR REASSIGNMENT                -1-

<u>**CERTIFICATE OF SERVICE**</u>

The foregoing document has been filed electronically with the Clerk of the Court this day through the Court's electronic filing system, which will provide notice to the following E-mail recipients:

DAVID S. ELKINS
XAVIER M. BRANDWAJN
SQUIRE, SANDERS & DEMPSEY LLP
600 Hansen Way
Palo Alto, CA 94304-1043
Phone No.: (650) 856-6500
Fax No.: (650) 843-8777
Email: DElkins@ssd.com
Email: XBrandwajn@ssd.com

*Attorneys for Plaintiffs NAMCO BANDAI GAMES INC. and*
*NAMCO BANDAI GAMES AMERICA, INC.*

Dated: December 27, 2007                    GCA LAW PARTNERS LLP

By:  __/s/  Jeffrey K. Lee_____.
                                        Jeffrey K. Lee

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA 94043
(650)428-3900

Case No. C07 05674 JCS
DECLINATION AND REQUEST              -2-
FOR REASSIGNMENT