1  SQUIRE, SANDERS & DEMPSEY L.L.P.
   David S. Elkins (State Bar # 148077)
2  DElkins@ssd.com
   Xavier M. Brandwajn (State Bar # 246218)
3  XBrandwajn@ssd.com
   600 Hansen Way
4  Palo Alto, CA  94304-1043
   Telephone:   +1.650.856.6500
5  Facsimile:    +1.650.843.8777

6  Attorneys for Plaintiffs
   NAMCO BANDAI GAMES INC. and
7  NAMCO BANDAI GAMES AMERICA, INC.

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                   SAN JOSE DIVISION

12

13 NAMCO BANDAI GAMES INC., a          Case No.  C07-05674 MMC
   Japanese corporation, and NAMCO
   BANDAI GAMES AMERICA, INC., a      **PROOF OF SERVICE**
14 Delaware corporation,

15             Plaintiff,

16       vs.

17 EAGLE DISTRIBUTING INC., a Nevada
   corporation,
18
               Defendant.
19

20

21

22

23

24

25

26

27

28

SQUIRE, SANDERS &
DEMPSEY L.L.P.
600 Hansen Way
Palo Alto, CA  94304-1043

PROOF OF SERVICE
CASE NO. C07-05674 MMC

# PROOF OF SERVICE
(Pursuant to Federal Law)

The undersigned certifies and declares as follows:

I am a resident of the State of California and over 18 years of age and am not a party to this action. My business address is 600 Hansen Way, Palo Alto, California 94304-1043, which is located in the county where any non-personal service described below took place.

On January 14, 2008, a copy of the following document(s):

**CASE MANAGEMENT CONFERENCE ORDER; and**

**PROOF OF SERVICE.**

were served on:

Kimberly A. Donovan
Jeffery K. Lee
GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA 94043

Counsel for Eagle Distributing, Inc.

Service was accomplished as follows.

☒ **By U.S. Mail.** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice the mail would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Palo Alto, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid of postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **By Facsimile.** On the above date, I transmitted the above-mentioned document(s) by facsimile transmission machine to the parties noted above, whose facsimile transmission machine telephone number is set forth above.

Executed on January 14, 2008, at Palo Alto, California.

/s/ Xavier M. Brandwajn
Xavier M. Brandwajn

PALOALTO/109027.1