KIMBERLY A. DONOVAN (Cal. State Bar No. 160729)
JEFFREY K. LEE (Cal. State Bar No. 212465)
GCA LAW PARTNERS LLP
1891 Landings Drive
Mountain View, CA  94043
Phone No.: (650) 428-3900
Fax No.: (650) 428-3901
E-mail: kdonovan@gcalaw.com
E-mail: jlee@gcalaw.com

Attorneys for Defendant
EAGLE DISTRIBUTING INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NAMCO BANDI GAMES INC., a Japanese corporation, and NAMCO BANDAI GAMES AMERICA, INC., a Delaware corporation<br><br>    Plaintiffs,<br><br>    vs.<br><br>EAGLE DISTRIBUTING INC., a Nevada corporation,<br><br>    Defendant. | No.   C-07 05674 MMC<br><br>ANSWER OF DEFENDANT EAGLE DISTRIBUTING INC. TO COMPLAINT; DEMAND FOR JURY TRIAL |

ANSWER TO  COMPLAINT
Case No. C07 05674 MMC
-1-

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA  94043
(650)428-3900

Defendant EAGLE DISTRIBUTING INC. (hereinafter referred to herein as "DEFENDANT" or "RESPONDING PARTY") hereby answers the Complaint ("Complaint") filed by plaintiffs NAMCO BANDI GAMES INC. and NAMCO BANDAI GAMES AMERICA, INC. ("PLAINTIFFS") on file in this action and for answer thereto admits, denies, and avers as follows:

1. In response to paragraph 1 of the Complaint, RESPONDING PARTY lacks information and belief sufficient to admit or deny the allegations set forth therein and, therefore, on that basis, denies all allegations contained therein.

2. In response to paragraph 2 of the Complaint, RESPONDING PARTY lacks information and belief sufficient to admit or deny the allegations set forth therein and, therefore, on that basis, denies all allegations contained therein.

3. In response to paragraph 3 of the Complaint, RESPONDING PARTY lacks information and belief sufficient to admit or deny the allegations set forth therein and, therefore, on that basis, denies all allegations contained therein.

4. In response to paragraph 4 of the Complaint, RESPONDING PARTY admits all allegations contained therein.

5. In response to paragraph 5 of the Complaint, RESPONDING PARTY admits all allegations contained therein.

6. In response to paragraph 6 of the Complaint, RESPONDING PARTY admits that Eagle is subject to personal jurisdiction in this district and that venue is proper in this district pursuant to 28 U.S.C. §(c). Except as so admitted, RESPONDING PARTY denies all allegations contained therein.

7. In response to paragraph 7 of the Complaint, RESPONDING PARTY admits that intradistrict venue is proper in the San Jose Division of this Court. RESPONDING PARTY also admits that intradistrict venue is proper in the San Jose Division. Except as so admitted, RESPONDING PARTY denies all allegations contained therein.

8. In response to paragraph 8 of the Complaint, RESPONDING PARTY lacks information and belief sufficient to admit or deny the allegations set forth therein and,

1  therefore, on that basis, denies all allegations contained therein.

2      9.    In response to paragraph 9 of the Complaint, RESPONDING PARTY lacks
3  information and belief sufficient to admit or deny the allegations set forth therein and,
4  therefore, on that basis, denies all allegations contained therein.

5      10.    In response to paragraph 10 of the Complaint, RESPONDING PARTY lacks
6  information and belief sufficient to admit or deny the allegations set forth therein and,
7  therefore, on that basis, denies all allegations contained therein.

8      11.    In response to paragraph 11 of the Complaint, RESPONDING PARTY lacks
9  information and belief sufficient to admit or deny the allegations set forth therein and,
10 therefore, on that basis, denies all allegations contained therein.

11     12.    In response to paragraph 12 of the Complaint, RESPONDING PARTY lacks
12 information and belief sufficient to admit or deny the allegations set forth therein and,
13 therefore, on that basis, denies all allegations contained therein.

14     13.    In response to paragraph 13 of the Complaint, RESPONDING PARTY lacks
15 information and belief sufficient to admit or deny the allegations set forth therein and,
16 therefore, on that basis, denies all allegations contained therein.

17     14.    In response to paragraph 14 of the Complaint, RESPONDING PARTY admits
18 that, at one point in time, it portrayed itself as set forth in this paragraph.  In response to the
19 remaining allegations in this paragraph, RESPONDING PARTY admits the remaining
20 allegations contained therein.

21     15.    In response to paragraph 15 of the Complaint, RESPONDING PARTY denies
22 each and every allegation contained therein.

23     16.    In response to paragraph 16 of the Complaint, RESPONDING PARTY admits
24 that, as alleged, the product itself is a table-style arcade console called a "cocktail game
25 cabinet" because of the style's popularity in pubs and similar establishments.
26 RESPONDING PARTY further admits that, at a time, the advertising set forth in paragraph
27 16 of the complaint did appear on DEFENDANT's website.  RESPONDING PARTY denies
28 the remaining allegations contained in this paragraph either based on information known to

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA  94043
(650)428-3900

ANSWER TO COMPLAINT
Case No. C07 05674 MMC

-3-

the RESPONDING PARTY or based on a lack of information and belief adequate to admit or deny.

17. In response to paragraph 17 of the Complaint, RESPONDING PARTY lacks information and belief sufficient to admit or deny the allegations set forth therein and, therefore, on that basis, denies all allegations contained therein.

18. In response to paragraph 18 of the Complaint, RESPONDING PARTY denies each and every allegation contained therein.

19. In response to paragraph 19 of the Complaint, RESPONDING PARTY denies each and every allegation contained therein.

20. In response to paragraph 20 of the Complaint, RESPONDING PARTY denies each and every allegation contained therein.

21. RESPONDING PARTY realleges and incorporates by reference paragraphs 1-20 of this Answer.

22. In response to paragraph 22 of the Complaint, RESPONDING PARTY lacks information and belief sufficient to admit or deny the allegations set forth therein and, therefore, on that basis, denies all allegations contained therein.

23. In response to paragraph 23 of the Complaint, RESPONDING PARTY lacks information and belief sufficient to admit or deny the allegations set forth therein and, therefore, on that basis, denies all allegations contained therein.

24. In response to paragraph 24 of the Complaint, RESPONDING PARTY denies each and every allegation contained therein.

25. In response to paragraph 25 of the Complaint, RESPONDING PARTY lacks information and belief sufficient to admit or deny the allegations set forth therein and, therefore on that basis, denies all allegations contained therein.

26. In response to paragraph 26 of the Complaint, RESPONDING PARTY denies each and every allegation contained therein.

27. In response to paragraph 27 of the Complaint, RESPONDING PARTY denies each and every allegation contained therein.

ANSWER TO COMPLAINT
Case No. C07 05674 MMC
-4-

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA  94043
(650)428-3900

28. In response to paragraph 28 of the Complaint, RESPONDING PARTY denies each and every allegation contained therein.

29. RESPONDING PARTY realleges and incorporates by reference paragraphs 1-28 of this Answer.

30. In response to paragraph 30 of the Complaint, RESPONDING PARTY lacks information and belief sufficient to admit or deny the allegations set forth therein and, therefore on that basis, denies all allegations contained therein.

31. In response to paragraph 31 of the Complaint, RESPONDING PARTY denies each and every allegation contained therein.

32. In response to paragraph 32 of the Complaint, RESPONDING PARTY denies each and every allegation contained therein.

33. In response to paragraph 33 of the Complaint, RESPONDING PARTY denies each and every allegation contained therein.

34. RESPONDING PARTY realleges and incorporates by reference paragraphs 1-33 of this Answer.

35. In response to paragraph 35 of the Complaint, RESPONDING PARTY lacks information and belief sufficient to admit or deny the allegations set forth therein and, therefore on that basis, denies all allegations contained therein.

36. In response to paragraph 36 of the Complaint, RESPONDING PARTY denies each and every allegation contained therein.

37. In response to paragraph 37 of the Complaint, RESPONDING PARTY denies each and every allegation contained therein.

38. In response to paragraph 38 of the Complaint, RESPONDING PARTY denies each and every allegation contained therein.

39. In response to paragraph 39 of the Complaint, RESPONDING PARTY denies each and every allegation contained therein.

40. In response to paragraph 40 of the Complaint, RESPONDING PARTY denies each and every allegation contained therein.

ANSWER TO COMPLAINT
Case No. C07 05674 MMC
-5-

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA  94043
(650)428-3900

1      41.    RESPONDING PARTY realleges and incorporates by reference paragraphs 1-40 of this Answer.

2      42.    In response to paragraph 42 of the Complaint, RESPONDING PARTY lacks information and belief sufficient to admit or deny the allegations set forth therein and, therefore on that basis, denies all allegations contained therein.

43. In response to paragraph 43 of the Complaint, RESPONDING PARTY denies each and every allegation contained therein.

44. In response to paragraph 44 of the Complaint, RESPONDING PARTY denies each and every allegation contained therein.

45. In response to paragraph 45 of the Complaint, RESPONDING PARTY denies each and every allegation contained therein.

46. In response to paragraph 46 of the Complaint, RESPONDING PARTY denies each and every allegation contained therein.

47. RESPONDING PARTY realleges and incorporates by reference paragraphs 1-46 of this Answer.

48. In response to paragraph 48 of the Complaint, RESPONDING PARTY lacks information and belief sufficient to admit or deny the allegations set forth therein and, therefore on that basis, denies all allegations contained therein.

49. In response to paragraph 49 of the Complaint, RESPONDING PARTY denies each and every allegation contained therein.

50. In response to paragraph 50 of the Complaint, RESPONDING PARTY denies each and every allegation contained therein.

51. In response to paragraph 51 of the Complaint, RESPONDING PARTY denies each and every allegation contained therein.

52. In response to paragraph 52 of the Complaint, RESPONDING PARTY denies each and every allegation contained therein.

53. RESPONDING PARTY realleges and incorporates by reference paragraphs 1-52 of this Answer.

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA 94043
(650)428-3900

ANSWER TO COMPLAINT
Case No. C07 05674 MMC
-6-

54. In response to paragraph 54 of the Complaint, RESPONDING PARTY denies each and every allegation contained therein.

55. In response to paragraph 55 of the Complaint, RESPONDING PARTY lacks information and belief sufficient to admit or deny the allegations set forth therein and, therefore on that basis, denies all allegations contained therein.

56. In response to paragraph 56 of the Complaint, RESPONDING PARTY denies each and every allegation contained therein.

57. RESPONDING PARTY realleges and incorporates by reference paragraphs 1-56 of this Answer.

58. In response to paragraph 58 of the Complaint, RESPONDING PARTY denies each and every allegation contained therein.

59. In response to paragraph 59 of the Complaint, RESPONDING PARTY denies each and every allegation contained therein.

60. In response to paragraph 60 of the Complaint, RESPONDING PARTY denies each and every allegation contained therein.

## AFFIRMATIVE DEFENSES

1. PLAINTIFFS' Complaint fails to state a claim upon which relief may be granted.
2. PLAINTIFFS have failed to join one or more indispensable parties.
3. PLAINTIFFS' Complaint, and each and every claim therein, is barred by the applicable statutes of limitations.
4. PLAINTIFFS' claims are barred by the doctrine of laches.
5. PLAINTIFFS are barred from obtaining any relief sought in the Complaint by reason of their own inequitable conduct amounting to unclean hands.
6. PLAINTIFFS' claims are barred by the doctrine of estoppel.
7. PLAINTIFFS' claims are barred by the doctrine of waiver.
8. PLAINTIFFS' claims are barred based on PLAINTIFFS' acquiescence and/or consent.
9. PLAINTIFFS' trademarks at issue are no longer entitled to protection, either on the basis of having become generic, or having lost their exclusive association with PLAINTIFFS.

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA 94043
(650)428-3900

ANSWER TO COMPLAINT
Case No. C07 05674 MMC
-7-

10.   PLAINTIFFS' claims are barred pursuant to the First Sale doctrine.

11.   PLAINTIFFS' claims are barred because PLAINTIFFS have misused the marks at issue, causing them to lose their rights in the marks or to be unable to enforce those rights.

12.   PLAINTIFFS' claims are barred on the basis that the unlawful activity complained of occurred outside the territorial jurisdiction of this Court.

13.   Any damages allegedly suffered by PLAINTIFFS were proximately caused, in whole or in part, by their own conduct or fault.

14.   PLAINTIFFS' damages, if any, were proximately caused or contributed to, in whole or in part, by the intentional conduct or negligence of persons or entities other than DEFENDANT for which DEFENDANT is not responsible.

15.   PLAINTIFFS failed to mitigate their damages, if any.

16.   PLAINTIFFS have not been damaged in any amount, manner, or at all by reason of any act alleged against DEFENDANT in the Complaint.

## PRAYER FOR RELIEF

WHEREFORE, DEFENDANT EAGLE DISTRIBUTING INC. prays as follows:

A.   That PLAINTIFFS take nothing by this action; and

B.   That this Court dismiss this Complaint with prejudice and that DEFENDANT be awarded its costs of suit, including reasonable attorneys' fees, for defending this action.

C.   DEFENDANT demands a trial to a jury on all of its defenses; and

D.   For such other and further relief as the Court deems just and proper.

DATED:  February 1, 2008                                    GCA LAW PARTNERS LLP
                                                            KIMBERLY A. DONOVAN
                                                            JEFFREY K. LEE


                                                            By: _____/s/_____
                                                                  Kimberly A. Donovan

                                                            Attorneys for Defendant
                                                            EAGLE DISTRIBUTING INC.

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA  94043
(650)428-3900

ANSWER TO COMPLAINT
Case No. C07 05674 MMC                    -8-

**DEMAND FOR JURY TRIAL**

Defendant EAGLE DISTRIBUTING. INC. hereby demands a trial by jury of all issues so triable.

DATED: February 1, 2008

GCA LAW PARTNERS LLP
KIMBERLY A. DONOVAN
JEFFREY K. LEE

By: _____/s/_____
    Kimberly A. Donovan

Attorneys for Defendant
EAGLE DISTRIBUTING, INC.

ANSWER TO COMPLAINT
Case No. C07 05674 MMC

-9-