1    KIMBERLY A. DONOVAN (Cal. State Bar No. 160729)
     JEFFREY K. LEE (Cal. State Bar No. 212465)
2    GCA LAW PARTNERS LLP
     1891 Landings Drive
3    Mountain View, CA  94043
     Phone No.: (650) 428-3900
4    Fax No.: (650) 428-3901
     E-mail: kdonovan@gcalaw.com
5    E-mail: jlee@gcalaw.com

6    Attorneys for Defendant
     EAGLE DISTRIBUTING INC.
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NAMCO BANDI GAMES INC., a Japanese corporation, and NAMCO BANDAI GAMES AMERICA, INC., a Delaware corporation<br><br>    Plaintiffs,<br><br>    vs.<br><br>EAGLE DISTRIBUTING INC., a Nevada corporation,<br><br>    Defendant. | No.   C-07 05674 MMC<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS RE EAGLE DISTRIBUTING INC.** |

Certification of Interested Entities
Case No. C07 05674 MMC    -1-

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA 94043
(650)428-3900

1  Defendant avers that there is no parent corporation or publicly held
2  corporation owning 10% or more of Eagle Distributing Inc.
3  Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other
4  than the named parties, there are no interested parties or entities to report.

DATED: February 4, 2008

GCA LAW PARTNERS LLP
KIMBERLY A. DONOVAN
JEFFREY K. LEE


By: _____/s/_____
         Kimberly A. Donovan

Attorneys for Defendant
EAGLE DISTRIBUTING, INC.

Certification of Interested Entities
Case No. C07 05674 MMC

-2-

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA 94043
(650)428-3900