**CIVIL MINUTES**

Judge **MAXINE M. CHESNEY**

E-Filing

Date: FEB 15 2008

C- 07-5674 - MMC

NAMCO BANDAI GAMES    v    EAGLE DISTRIBUTING INC.

Attorneys: DAVID ELKINS    KIMBERLY DONOVAN
           XAVIER BRANDWAJN    JEFFREY LEE

Deputy Clerk: **TRACY LUCERO**    Reporter: NOT REPORTED

**PROCEEDINGS:**    **RULING:**

1. _____    _____
2. _____    _____
3. _____    _____
4. _____    _____

( ) Status Conference    ( ) P/T Conference    (✓) Case Management Conference [INITIAL]

**ORDERED AFTER HEARING:**

Dispositive motion filing DEADLINE is 1/2/09, opposition due by 1/30/09, Reply due 2/6/09, hearing set for 2/20/09 @ 9:00 AM.

(✓) ORDER TO BE PREPARED BY:  Plntf___  Deft___  Court ✓

(✓) Referred to ~~Magistrate~~ ADR For: MEDIATION
       (✓) By Court
(✓) CASE CONTINUED TO 1/23/09 @ 10:30 for Further STATUS CONFERENCE
       (Joint statement due 1/16/09)

Discovery Cut-Off  11/7/08    Expert Discovery Cut-Off  12/12/08

Plntf to Name Experts by  10/24/08    Deft to Name Experts by  11/7/08

P/T Conference Date 4/7/09 @ 3:00  Trial Date 5/11/09 @ 9:00  Set for 4 days
MEET & CONFER by 3/2/09.  Type of Trial: (✓)Jury  ( )Court
Notes: _____

CC: ADR/MED