KIMBERLY A. DONOVAN (Cal.State Bar No. 160729)
JEFFREY K. LEE (Cal.State Bar No. 212465)
GCA LAW PARNERS LLP
1891 Landings Drive
Mountain View, CA 94043
Telephone: (650) 428-3900
Facsimile: (650) 428-3901
E-mail: kdonovan@gcalaw.com
E-mail: jlee@gcalaw.com

JOHN P. McKAY, (Cal.State Bar No. 43551)
PAUL A. de LORIMIER, (Cal.State Bar No. 110566)
McKAY, GRAHAM & de LORIMIER
3250 Wilshire Boulevard, Suite 603
Los Angeles, CA 90010-1578
Telephone: (213) 386-6900
Facsimile: (213) 381-1762
E-mail: pdelorimier@mbglaw.com

Attorneys for Defendant
EAGLE DISTRIBUTING INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NAMCO BANDAI GAMES INC., a Japanese corporation, and NAMCO BANDAI GAMES AMERICA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>EAGLE DISTRIBUTING INC., A Nevada corporation,<br><br>Defendants. | CASE NO. C 07-05674 MMC<br><br>NOTICE OF ASSOCIATION OF COUNSEL |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that GCA LAW PARNERS LLP, attorneys of record for defendants EAGLE DISTRIBUTING INC., hereby associate in the law offices of McKAY, GRAHAM & de LORIMIER, as co-counsel of record.

-1-

The address, telephone and facsimile information for McKAY, GRAHAM & de LORIMIER, is as follows:

>JOHN P. McKAY
>PAUL A. de LORIMIER
>McKAY, GRAHAM & de LORIMIER
>3250 Wilshire Blvd., Suite 603
>Los Angeles, CA 90010-1578
>Tel:   (213) 386-6900
>Fax:   (213) 381-1762
>E-mail: pdelorimier@mbglaw.com

All Court notices, pleadings, discovery and correspondence shall be served on associated counsel.

DATED: March 12, 2008                      GCA LAW PARNTERSHIP

                                                By:   /s/  Kimberly A. Donovan
                                                        KIMBERLY A. DONOVAN
                                                        Attorneys for Defendant
                                                        EAGLE DISTRIBUTING INC.

DATED: March 12, 2008                      McKAY GRAHAM & de LORIMIER

                                                By:   /s/   John P. McKay
                                                        JOHN P. McKAY
                                                        PAUL A. de LORIMIER
                                                        Attorneys for Defendant
                                                        EAGLE DISTRIBUTING INC.

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years and not a party to the within action. My business address is McKay, Graham & de Lorimier, 3250 Wilshire Blvd., Suite 603, Los Angeles, CA 90010-1578. On **March 13, 2008** I served the within documents:

**NOTICE OF ASSOCIATION OF COUNSEL**

[X] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California addressed as set forth below.

[ ] by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below.

[ ] via overnight delivery (FedEx) by placing the document(s) listed above in a sealed envelope in the FedEx location at this facility at Los Angeles, California addressed as set forth below.

[ ] by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

[ ] by e-mail electronic transmission, based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) listed above to be sent to the person(s) at the e-mail address(es) so indicated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[X] by electronically filing the document(s) listed above with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the person(s) at the e-mail address(es) so indicated below.

**SEE ATTACHED SERVICE LIST**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

**( X )** **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed **March 13, 2008** at Los Angeles, California.

                                          /s/ Nancy Ramsey
                                          NANCY RAMSEY

**SERVICE LIST**
*Namco Bandai Games Inc., et al. v. Eagle Distributing Inc.*
**United States District Court For the Northern District of California**
**No. C-07-05674 MMC**

| | |
|---|---|
| David S. Elkins<br>Xavier Mark Brandwajn<br>SQUIRE, SNADERS & DEMPSEY LLP<br>600 Hansen Way<br>Palo Alto, CA 94304-1043<br>Fax 650/ 843-8777<br>DElkins@ssd.com<br>Xbrandwain@ssd.com | Attorneys for Plaintiffs, NAMCO BANDAI GAMES, INC. and NAMCO BANDAI GAMES AMERICA, INC. |
| Jeffrey K. Lee<br>Kimberly Ann Donovan<br>GCA Law Partnership<br>1891 Landings Drive<br>Mountain View, CA 94043<br>Fax 650/ 428-3901<br>kdonovan@gcalaw.com<br>jlee@gcalaw.com | Attorneys for Defendant, EAGLE DISTRIBUTING, INC. |