JOHN P. McKAY, (Cal.State Bar No. 43551)
PAUL A. de LORIMIER, (Cal.State Bar No. 110566)
McKAY, GRAHAM & de LORIMIER
3250 Wilshire Boulevard, Suite 603
Los Angeles, CA 90010-1578
Telephone: (213) 386-6900
Facsimile: (213) 381-1762
E-mail: pdelorimier@mbglaw.com

Attorneys for Defendant
EAGLE DISTRIBUTING INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NAMCO BANDAI GAMES INC., a Japanese corporation, and NAMCO BANDAI GAMES AMERICA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>EAGLE DISTRIBUTING INC., A Nevada corporation,<br><br>Defendant. | CASE NO. C 07-05674 MMC<br><br>NOTICE OF SUBSTITUTION OF ATTORNEY |

THE COURT AND ALL PARTIES ARE NOTIFIED THAT DEFENDANT EAGLE DISTRIBUTING, INC. makes the following substitution:

    1.    Former legal Representative are Kimberly A. Donovan, Esq. and Jeffrey K. Lee, Esq., GCA Law Partnership, 1891 Landings Drive, Mountain View, CA 94043; (650) 428-3900.

    2.    New legal Representatives are John P. McKay, Esq. and Paul A. de Lorimier, Esq., McKay, Graham & de Lormier, 3250 Wilshire Blvd. Suite 603, Los Angeles, California 90010; (213) 386-6900.

    3.    The party making this substitution is Defendant Eagle Distributing, Inc.

|   |   |   |   |
|---|---|---|---|
| 1 | | 4. | I consent to this substitution. |

Dated: April 15, 2008                    EAGLE DISTRIBUTING, INC.

_____/s/ J. Bol._____
JAMES M. BOLIN,
PRESIDENT

5.  I consent to this substitution.

Dated: April 15, 2008                    McKAY, GRAHAM & de LORIMIER

_____
JOHN P. McKAY
PAUL A. de LORIMIER

6.  I accept this substitution.

Dated: April 15, 2008                    GCA LAW PARTNERSHIP

_____
KIMBERLY ANN DONOVAN
JEFFREY K. LEE

IT IS SO ORDERED

Dated: April __, 2008                    _____
HONORABLE MAXINE M. CHESNEY

4. I consent to this substitution.

Dated: April 15, 2008

EAGLE DISTRIBUTING, INC.

/s/ James M. Bolin
JAMES M. BOLIN,
PRESIDENT

5. I consent to this substitution.

Dated: April 25, 2008

McKAY, GRAHAM & de LORIMIER

[signature]

JOHN P. McKAY
PAUL A. de LORIMIER

6. I accept this substitution.

Dated: April 25, 2008

GCA LAW PARTNERSHIP

/s/ Kimberly A. Donovan
KIMBERLY ANN DONOVAN
JEFFREY K. LEE

IT IS SO ORDERED

Dated: _____, 2008

HONORABLE MAXINE M. CHESNEY

2
NOTICE OF SUBSTITUTION OF ATTORNEY

    4.    I consent to this substitution.

Dated: April __, 2008        EAGLE DISTRIBUTING, INC.

_____
JAMES M. BOLIN,
PRESIDENT

    5.    I consent to this substitution.

Dated: April __, 2008        McKAY, GRAHAM & de LORIMIER

_____
JOHN P. McKAY
PAUL A. de LORIMIER

    6.    I accept this substitution.

Dated: April 25, 2008        GCA LAW PARTNERSHIP

_____
KIMBERLY ANN DONOVAN
JEFFREY K. LEE

IT IS SO ORDERED

Dated: April __, 2008        HONORABLE MAXINE M. CHESNEY

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years and not a party to the within action. My business address is McKay, Graham & de Lorimier, 3250 Wilshire Blvd., Suite 603, Los Angeles, CA 90010-1578. On **April 25, 2008** I served the within documents:

**NOTICE OF SUBSTITUTION OF ATTORNEY**

[ ]   By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California addressed as set forth below.

[ ]   By Mail: As follows: I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]   By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below.

[ ]   By via overnight delivery (FedEx) by placing the document(s) listed above in a sealed envelope in the FedEx location at this facility at Los Angeles, California addressed as set forth below.

[ ]   By personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

[ ]   By e-mail electronic transmission, based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) listed above to be sent to the person(s) at the e-mail address(es) so indicated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[X]   By electronically filing the document(s) listed above with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the person(s) at the e-mail address(es) so indicated below.

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

(X)   **FEDERAL** I declare that I am a member of the bar of this court.

Executed **April 25, 2008** at Los Angeles, California.

/s/ Nancy A. Ramsey
NANCY A. RAMSEY

14004

**SERVICE LIST**
*Namco Bandai Games Inc., et al. v. Eagle Distributing Inc.*
United States District Court For the Northern District of California
No. C-07-05674 MMC

| | |
|---|---|
| David S. Elkins<br>Xavier Mark Brandwajn<br>SQUIRE, SNADERS & DEMPSEY LLP<br>600 Hansen Way<br>Palo Alto, CA 94304-1043<br>Fax 650/ 843-8777<br>DElkins@ssd.com<br>Xbrandwain@ssd.com | Attorneys for Plaintiffs, NAMCO BANDAI GAMES, INC. and NAMCO BANDAI GAMES AMERICA, INC. |
| Jeffrey K. Lee<br>Kimberly Ann Donovan<br>GCA Law Partnership<br>1891 Landings Drive<br>Mountain View, CA 94043<br>Fax 650/ 428-3901<br>kdonovan@gcalaw.com<br>jlee@gcalaw.com | Attorneys for Defendant, EAGLE DISTRIBUTING, INC. |

14004