IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAMCO BANDAI GAMES INC., et al., | No. C-07-5674 MMC |
| Plaintiffs, | **ORDER APPROVING SUBSTITUTION OF ATTORNEY** |
| v. | |
| EAGLE DISTRIBUTING INC., | |
| Defendant / | |

Before the Court is the Notice of Substitution, filed by defendant on April 25, 2008.

Good cause appearing therefrom, John P. McKay and Paul A. de Lorimier are substituted in place and in stead of Kimberly A. Donovan and Jeffrey K. Lee as counsel of record for defendant.

Such substitution shall not by itself, however, constitute good cause to continue the pretrial dates and deadlines or the trial date.

**IT IS SO ORDERED.**

Dated: April 30, 2008

MAXINE M. CHESNEY
United States District Judge