ALTERNATIVE DISPUTE RESOLUTION PROGRAM
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-3148

May 29, 2008

David S. Elkins
Xavier Mark Brandwajn
Squire Sanders & Dempsey LLP
600 Hansen Way
Palo Alto, CA 94304-1043
650-856-6500

John Pendrey McKay
Nancy Anne Ramsey
Paul Anthony DeLorimier
McKay, Byrn, Graham, Et Al
3250 Wilshire Blvd.
Suite 603
Los Angeles, CA 90010
(213)386-6900

Re: Namco Bandai Games Inc. v. Eagle Distributing Inc.
<u>Case No. C 07-05674 MMC MED</u>

Dear Counsel:

The ADR Program would like to convene a conference call with one of our legal staff to discuss the Mediation. We scheduled this call for **Friday, June 6, 2008 at 10:00 a.m. PDT.** This office will initiate the call to the phone numbers above unless directed otherwise. Please contact me at 415-522-3148 as soon as possible to confirm your availability and to give me the phone number where you can be reached.

Thank you for your attention to this matter.

Sincerely,

Alice M. Fiel
ADR Case Administrator