JOHN P. McKAY, (#43551)
PAUL A. de LORIMIER, (#110566)
NANCY A. RAMSEY, (#177931)
McKAY, GRAHAM & de LORIMIER
3250 Wilshire Boulevard, Suite 603
Los Angeles, CA 90010-1578
Telephone: (213) 386-6900
Facsimile: (213) 381-1762

Attorneys for Defendant
EAGLE DISTRIBUTING INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NAMCO BANDAI GAMES INC., a Japanese corporation, and NAMCO BANDAI GAMES AMERICA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>EAGLE DISTRIBUTING INC., A Nevada corporation,<br><br>Defendants. | CASE NO. CV C07 05674 MMC<br><br>STIPULATION AND ORDER RE MEDIATION COMPLETION DATE<br><br>Filing Date: November 8, 2007<br>Trial Date: May 11, 2009 |

Pursuant to Civil Local Rule 6.1, plaintiff NAMCO BANDAI GAMES INC., a Japanese corporation, and NAMCO BANDAI GAMES AMERICA, INC., a Delaware corporation, and defendant EAGLE DISTRIBUTING INC., A Nevada corporation, by and through their counsel of record, hereby stipulate that the mediation completion date in the above-entitled matter be continued to September 5, 2008.

The extension of time to complete mediation to September 5, 2008, will not alter any event or deadline already fixed by Court order.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

///

///

-1-
STIPULATION AND ORDER RE MEDIATION COMPLETION DATE

DATED: June 9, 2008

SQUIRE, SANDERS & DEMPSEY LLP

By: _____
DAVID S. ELKINS
XAVIER M. BRANDWAJN
Attorneys for Plaintiff
NAMCO BANDAI GAMES INC., a Japanese corporation, and NAMCO BANDAI GAMES AMERICA, INC., a Delaware corporation

DATED: June 9, 2008

McKAY, GRAHAM & de LORIMIER

By: _____
JOHN P. McKAY
PAUL A. De LORIMIER
NANCY A. RAMSEY
Attorneys for Defendant
EAGLE DISTRIBUTING INC., A Nevada corporation

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED: June 17, 2008

_____
The Honorable Maxine M. Chesney
UNITED STATES DISTRICT JUDGE

-2-
STIPULATION AND ORDER RE MEDIATION COMPLETION DATE