SUBMITTING COUNSEL ON SIGNATURE PAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NAMCO BANDAI GAMES INC., a Japanese corporation, and NAMCO BANDAI GAMES AMERICA, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>EAGLE DISTRIBUTING INC., a Nevada corporation,<br><br>        Defendant. | Case No. C 07-05674 MMC<br><br>**STIPULATED PERMANENT INJUNCTION**<br><br>**Action Filed**:   November 8, 2007<br>**Judge**:   The Honorable Maxine M. Chesney |

# STIPULATION

In connection with their settlement of this action, plaintiffs NAMCO BANDAI Games Inc. and NAMCO BANDAI Games America, Inc. (collectively, "NAMCO") and defendant Eagle Distributing Inc. ("Eagle"), by and through their respective undersigned counsel, agree as follows:

1.  Eagle and any other persons in active concert or participation with Eagle who receive actual notice of this Stipulated Injunction, by personal service or otherwise, are hereby permanently restrained and enjoined from directly or indirectly advertising, selling, or distributing any unauthorized products bearing and/or containing a NAMCO mark or copyright.  The website page at http://www.namcoamerica.com/dealers.php lists the authorized dealers and distributors of NAMCO products in the United States.

2.  This Stipulated Injunction shall not constitute entry of a final judgment against Eagle.  Rather, after entry of this Stipulated Injunction, NAMCO shall file a stipulated dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), subject to the Court's continuing jurisdiction to reopen the action for purposes of enforcing this Stipulated Injunction and/or the parties' settlement.

Dated:  December 29, 2008

SQUIRE, SANDERS & DEMPSEY L.L.P.

By:   /s/ David S. Elkins
　　　David S. Elkins
　　　Xavier M. Brandwajn

ATTORNEYS FOR PLAINTIFFS
NAMCO BANDAI GAMES INC. AND
NAMCO BANDAI GAMES AMERICA, INC.

Dated:  December 29, 2008

MCKAY, GRAHAM & DE LORIMIER

By:   /s/ Paul A. de Lorimier
　　　Paul A. de Lorimier

ATTORNEYS FOR DEFENDANT
EAGLE DISTRIBUTING INC.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 6, 2009

*Maxine M. Chesney*
MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE

SQUIRE, SANDERS &
DEMPSEY L.L.P.
600 Hansen Way
Palo Alto, CA 94304-1043

-2-
STIPULATED PERMANENT INJUNCTION
CASE NO. C 07-05674 MMC