1  David S. Elkins (State Bar No. 148077)
   DElkins@ssd.com
2  Xavier M. Brandwajn (State Bar No. 246218)
   XBrandwajn@ssd.com
3  SQUIRE, SANDERS & DEMPSEY L.L.P.
   600 Hansen Way
4  Palo Alto, California  94304-1043
   Telephone:   650.856.6500
5  Facsimile:    650.843.8777

6  Attorneys for Plaintiffs
   NAMCO BANDAI GAMES, INC. and
7  NAMCO BANDAI GAMES AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NAMCO BANDAI GAMES, INC. and NAMCO BANDAI GAMES AMERICA, INC., <br><br>Plaintiffs, <br><br>vs. <br><br>EAGLE DISTRIBUTING INC., <br><br>Defendant. | Case No. C 07-05674 MMC <br><br>[PROPOSED] ORDER SEALING PARTIES' CONFIDENTIAL SETTLEMENT AGREEMENT IN CONNECTION WITH STIPULATION OF DISMISSAL <br><br>[CIV. L.R. 79-5] |

SQUIRE, SANDERS & DEMPSEY L.L.P.
600 Hansen Way
Palo Alto, CA  94304-1043

[PROPOSED] ORDER SEALING PARTIES' CONFIDENTIAL SETTLEMENT AGREEMENT IN CONNECTION WITH STIPULATION OF DISMISSAL -- CASE NO. C 07-05674 MMC

1  The Court, having considered plaintiffs NAMCO BANDAI Games, Inc.'s and NAMCO BANDAI Games America, Inc.'s Unopposed Miscellaneous Administrative Motion to File Under Seal the Confidential Settlement Agreement and Mutual Releases ("Settlement Agreement") attached as <u>Exhibit A</u> to the Declaration of Xavier M. Brandwajn, finds that good cause exists under Civil L.R. 79-5(b) for the requested relief and hereby orders that the Motion is GRANTED. The Clerk shall maintain the Settlement Agreement under seal.

**IT IS SO ORDERED.**

DATED: January 21, 2009          By: _____
                                      HONORABLE MAXINE M. CHESNEY
                                      UNITED STATES DISTRICT JUDGE

SQUIRE, SANDERS & DEMPSEY L.L.P.
600 Hansen Way
Palo Alto, CA 94304-1043

1

[PROPOSED] ORDER SEALING PARTIES' CONFIDENTIAL SETTLEMENT AGREEMENT IN CONNECTION WITH STIPULATION OF DISMISSAL -- CASE NO. C 07-05674 MMC