1  SUBMITTING COUNSEL ON SIGNATURE PAGE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| NAMCO BANDAI GAMES INC., a Japanese corporation, and NAMCO BANDAI GAMES AMERICA, INC., a Delaware corporation,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>EAGLE DISTRIBUTING INC., a Nevada corporation,<br><br>　　　　　　　Defendant. | Case No. C 07-05674 MMC<br><br>**STIPULATION OF DISMISSAL (FED. R. CIV. P. 41(a)(1)(ii))**<br>AND ORDER THEREON<br><br>**Action Filed**:　November 8, 2007<br>**Judge**:　The Honorable Maxine M. Chesney |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), plaintiffs NAMCO BANDAI GAMES INC. and NAMCO BANDAI GAMES AMERICA, INC. (collectively, "NAMCO") and defendant EAGLE DISTRIBUTING INC. ("Eagle") have entered into a confidential written settlement (the "Settlement Agreement") disposing of NAMCO's claims against Eagle. Accordingly, NAMCO and Eagle, through their respective undersigned counsel of record, stipulate to dismissal of NAMCO's action against Eagle as follows:

1. All causes of action asserted by NAMCO are hereby dismissed with prejudice, subject to the parties' right to reopen and vacate the dismissal in the event of a breach of the parties' Settlement Agreement.

2. This Court shall retain jurisdiction of this matter for the purpose of resolving any controversy or claim arising out of or related to the Settlement Agreement.

3. NAMCO and Eagle shall bear their own fees and costs incurred in this action.

Dated: January 8, 2009

SQUIRE, SANDERS & DEMPSEY L.L.P.

By: /s/ Xavier M. Brandwajn
David S. Elkins
Xavier M. Brandwajn

ATTORNEYS FOR PLAINTIFFS
NAMCO BANDAI GAMES INC. AND
NAMCO BANDAI GAMES AMERICA, INC.

Dated: January 6, 2009

MCKAY, GRAHAM & DE LORIMIER

By: /s/ Paul A. de Lorimier
Paul A. de Lorimier

ATTORNEYS FOR DEFENDANT
EAGLE DISTRIBUTING INC.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 21, 2009

MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE

SQUIRE, SANDERS &
DEMPSEY L.L.P.
600 Hansen Way
Palo Alto, CA  94304-1043

STIPULATION OF DISMISSAL (FED. R. CIV. P. 41(A)(1)(II))
CASE NO. C 07-05674 MMC